OPINION — AG — ** CHATTELS — CONDITIONAL SALES CONTRACT ** QUESTION: CAN AN INDIVIDUAL, WHO HAS PURCHASED CHATTELS ON A " CONDITIONAL SALES CONTRACT " (AS DISTINGUISHED FROM A CHATTEL MORTGAGE) AND THEREAFTER REMOVES SAID CHATTELS FROM THIS STATE MAY BE PROSECUTED FOR THE OFFENSE OF REMOVING MORTGAGED PROPERTY UNDER THE PROVISIONS OF 21 O.S. 1834 [21-1834] ? — NEGATIVE CITE: 21 O.S. 1834 [21-1834], OPINION NO. APRIL 16, 1954 — MARLOW (PROPERTY, MORTGAGED PROPERTY) (JAMES P. GARRETT)